## Armin F. Hillmer, Appellant, v. Harley L. Clarke, Appellee. Chicago Bank of Commerce et al., Defendants.

### Gen. No. 42,194.

Heard in second division, first district, this court at September term, 1941; opinion filed November 17, 1942. Leonard & Leonard, Owens & Owens, and John A. Russell, for appellant; Gordon McLeish Leonard, Edmund G. Pabst and George Edward Leonard, Jr., of counsel; Rosenberg, Stein & Rosenberg, for appellee; Merwin S. Rosenberg, of counsel. Opinion by JUSTICE FRIEND. "Not to be published in full."